NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

22-341 consolidated with 22-510

WILLIAM P. DERING

VERSUS

KAY W. DERING

**********

ON APPLICATION FOR WRIT OF
SUPERVISORY REVIEW FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2020-114 C/W 2020-1862
HONORABLE ROBERT L. WYATT, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Elizabeth A. Pickett, Shannon J. Gremillion, and John E. Conery,
Judges.

WRIT DENIED.

**Thomas J. Gayle**
**Gayle Law Firm**
**713 Kirby Street**
**Lake Charles, LA 70601**
**(337) 494-1220**
**COUNSEL FOR PLAINTIFF/APPLICANT:**
    **William P. Dering**

**Jared W. Shumaker**
**Fontenot & Shumaker**
**608 West McNeese Street**
**Lake Charles, LA 70605**
**(337) 508-2627**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **Kay W. Dering**

**GREMILLION, Judge.**

For the reasons set forth in *Dering v. Dering*, 22-510 (La.App. 3 Cir. __/__/22), ___ So.3d ___, the application for supervisory writ filed by plaintiff/applicant, William P. Dering, is denied.

**WRIT DENIED.**